No. 93–661. WHITE CONSOLIDATED INDUSTRIES, INC. v. PENSION BENEFIT GUARANTY CORPORATION; and WHITE CONSOLIDATED INDUSTRIES, INC., ET AL. v. BLAW KNOX RETIREMENT

INCOME PLAN ET AL. C. A. 3d Cir. Certiorari denied.